

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

DOCKET NO. 1:19-CR-000113

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | **CONSENT ORDER AND** |
| v. ) | **JUDGMENT OF FORFEITURE** |
| ) | |
| ) | |
| CHARLES LLOYD BROWN, III ) | |

WHEREAS, the defendant, CHARLES LLOYD BROWN, III, has entered into a plea agreement (incorporated by reference herein) with the United States and has voluntarily pleaded guilty pursuant to Fed. R. Crim. P. 11 to one or more criminal offenses under which forfeiture may be ordered;

WHEREAS, the defendant and the United States stipulate and agree that the property described below constitutes property derived from or traceable to proceeds of the defendant's offense(s) herein; property involved in the offenses, or any property traceable to such property; and/or property used in any manner to facilitate the commission of such offense(s); or substitute property as defined by 21 U.S.C. § 853(p) and Fed. R. Crim. P. 32.2(e); and is therefore subject to forfeiture pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), provided, however, that such forfeiture is subject to any and all third party claims and interests, pending final adjudication herein; the defendant waives his interest, if any, in the property and agrees to the forfeiture of such interest;

WHEREAS, the defendant herein waives the requirements of Fed. R. Crim. P. 32.2 regarding notice of the forfeiture in the charging instrument, announcement of the forfeiture at sentencing, and incorporation of the forfeiture in the judgment against defendant;

WHEREAS, pursuant to Fed. R. Crim. P. 32.2(b)(1) & (c)(2), the Court finds that there is the requisite nexus between the property and the offense(s) to which the defendant has pleaded guilty;

1

WHEREAS, the defendant withdraws any claim previously submitted in response to an administrative forfeiture or civil forfeiture proceeding concerning any of the property described below. If the defendant has not previously submitted such a claim, the defendant hereby waives all right to do so. If any administrative forfeiture or civil forfeiture proceeding concerning any of the property described below has previously been stayed, the defendant hereby consents to a lifting of the stay and consents to forfeiture;

WHEREAS, the undersigned United States Magistrate Judge is authorized to enter this Order by the previous Order of this Court No. 3:05MC302-C (September 8, 2005);

NOW, THEREFORE, IT IS HEREBY ORDERED THAT the **following property** is forfeited to the United States:

- **One SCCY CPX-1, 9mm caliber pistol, bearing serial number 078558;**
- **One Piestro Beretta, .22 caliber pistol, bearing serial number F29199;**
- **One Smith & Wesson, .38 caliber revolver, bearing serial number 515307;**
- **One (Taurus) Rossi S411220RS, .22 caliber/.410 gauge rifle/shotgun, bearing serial number SP520459;**
- **One Bushmaster 15, .223 caliber rifle, bearing serial number CRB000707;**
- **One Olympic Arms W.F.R., multi-caliber receiver/rifle, bearing serial number AW5308;**
- **One Smith & Wesson, .32 caliber revolver, bearing serial number 568102;**
- **One Glenfield (Marlin) 60, .22 caliber rifle, bearing serial number 70284665;**
- **One Norinco SKS Sporter, 7.62x39mm caliber rifle, bearing serial number 1501746;**
- **One German Sports Guns GSG-5 SD, .22 caliber rifle, bearing serial number A474542;**
- **One Mauser 98, 7.91x57mm caliber rifle, bearing serial number 7403;**

- One Jimenez Arms J.A. 380, .380 caliber pistol, bearing serial number 233858;
- One Smith & Wesson SW40V, .40 caliber pistol, bearing serial number PAM6112;
- One Ruger EC9S, 9mm caliber pistol, bearing serial number 454-62387;
- One Intratec TEC9, 9mm caliber pistol, bearing serial number 00771;
- One Taurus 627 Tracker, .357 caliber revolver, bearing serial number GS795661; and
- One North American Arms NAA22, .22 caliber revolver, bearing serial number E230505.

The United States Marshal and/or other property custodian for the investigative agency is authorized to take possession and maintain custody of the above-described tangible property.

If and to the extent required by Fed. R. Crim. P. 32.2(b)(6), 21 U.S.C. § 853(n), and/or other applicable law, the United States shall publish notice and provide direct written notice of this forfeiture.

As to any firearms and/or ammunition listed above and/or in the charging instrument, defendant consents to disposal by federal, state, or local law enforcement authorities upon such legal process as they, in their sole discretion, deem to be legally sufficient, and waives any and all right to further notice of such process or such destruction.

Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of the alleged interest.

Pursuant to Fed. R. Crim. P. 32.2(b)(3), upon entry of this Order of Forfeiture, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of the property, including depositions, interrogatories, requests for production of documents and to issue subpoenas, pursuant to Fed. R. Civ. P. 45.

Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered, as provided by Fed. R. Crim. P. 32.2(c)(2). If no third party files a timely petition, this order shall become the final order and judgment of forfeiture, as provided by Fed. R. Crim. P. 32.2(c)(2), and the United States shall have clear title to the property and shall dispose of the property according to law. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A), the defendant consents that this order shall be final as to defendant upon filing.

SO AGREED:

*[signature]*

JONATHAN D. LETZRING
Assistant United States Attorney

*[signature]*

CHARLES LLOYD BROWN, III
Defendant

*[signature]*

ALBERT M. MESSER
Attorney for Defendant

Signed: December 23rd, 2019

*[signature]*

W. CARLETON METCALF
United States Magistrate Judge
Western District of North Carolina